# United States District Court

## EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

JAMES A. TRANDEL, SR.,

      Plaintiff

      v.                            CASE NUMBER: 04-C-765

THOMAS J. RIDGE, Secretary of Homeland
Security and JOHN W. SNOW, Department of Treasury,

      Defendants

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came before the Court. The issues have heard and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that this action be and hereby is **dismissed** for failure to prosecute.

      **IT IS ALSO ORDERED** that the clerk of court shall enter judgment accordingly

August 16, 2005                           SOFRON B. NEDILSKY

Date                                         Clerk

                                               s/ Jacki L. Koll

                                        (By) Deputy Clerk